No. 85–6200. NEAL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 85–6234. WILLIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 85–6274. DEAN v. YOUNG, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 85–6478. QUINN v. ARMONTROUT, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 85–6482. WILLIAMS v. ALABAMA ET AL. C. A. 11th Cir. Certiorari denied. 

No. 85–6483. BERGSTROM v. WASHINGTON. Ct. App. Wash. Certiorari denied. 

No. 85–6484. GRIEDER v. ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY ET AL. App. Ct. Ill., 4th Dist. Certiorari denied. 

No. 85–6485. HALL v. GRANT, SUPERINTENDENT, CORRECTIONS CAMP PROGRAM. C. A. 6th Cir. Certiorari denied. 

No. 85–6486. EDABURN v. WISCONSIN. Ct. App. Wis. Certiorari denied. 

No. 85–6487. HALL v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. 

No. 85–6489. JETER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 85–6492. JENKINS v. RAFFERTY, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 85–6494. HAKIM v. WOLVERINE PACKING CO. Sup. Ct. Mich. Certiorari denied.